AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 19-mj-70059-MAG |
| Eilove Shrestha ) | |
| ) | Charging District: Maine |
| *Defendant* ) | Charging District's Case No. 18-cr-00183 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>202 Harlow Street 3rd Floor<br>Bangor, ME 04401-490 | Courtroom No.: 1 Mag. Judge Nivison |
|---|---|
| | Date and Time: 1/28/2019 11:00am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: January 11, 2019

*Virginia K. DeMarchi*
Judge's signature

Virginia K. DeMarchi, Magistrate Judge
*Printed name and title*